IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT R. PORTER, | ) |
| | ) Civil Action No. 04 - 465 |
| Plaintiff, | ) |
| | ) Judge Thomas M. Hardiman / |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| MARK CAPOZZA, Unit Manager, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff's filed a Motion Requesting Service of Process on the Defendant on June 13, 2005. The Court entered an order December 30, 2005, directing the United States Marshals to effectuate service in this case. Therefore,

IT IS ORDERED this 4th day of January, 2006, that Plaintiff's Motion Requesting Service of Process on the Defendant is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: ROBERT R. PORTER
DU-6434
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001